## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: THE ESTATE OF: JOHN SAMUEL FITZ, DECEASED | : No. 62 MAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: SANDRA HOFFMAN | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.